1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12
   SHUI MING XU,                              )
13                                            )
                    Plaintiff,                )   No. C 05-3012 MJJ
14                                            )
         v.                                   )
15                                            )   Granted
   MICHAEL CHERTOFF, Secretary of the         )   **STIPULATION TO EXTEND TIME**
16 Department of Homeland Security; EDUARDO   )   **WITHIN WHICH THE DEFENDANTS**
   AGUIRRE, Director, U.S. Citizenship and    )   **MUST FILE AN ANSWER**
17 Immigration Services; JEANNETTE CHU,       )
   Officer-In-Charge, Department of Homeland  )
18 Security, Immigration Office at he American)
   Embassy Beijing; CONDOLEEZZA RICE,         )
19 Secretary of State; JOHN DAINEL MORRIS,    )
   Consular Section Chief, American Embassy   )
20 Beijing,                                   )
                                              )
21                  Defendants.               )
                                              )
22

23     Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to a sixty-day extension of time

25 within which the defendant must serve its answer to the complaint in the above-entitled action.

26 The defendants will file their answer on or before November 25, 2005.

27

28

Stipulation for Extension
C 05-3012 MJJ

| | | |
|---|---|---|
| 1 | Date: September 26, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

/s/
Date: September 26, 2005     JUSTIN X. WANG
                              Baughman & Wang
                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/30/2005

MARTIN J. JENKINS
United States District Judge

Stipulation for Extension
C 05-3012 MJJ