| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

**FILED**

DEC 0 6 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHUI MING XU,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, Director, U.S. Citizenship and Immigration Services; JEANETTE CHU, Officer-in-Charge, Department of Homeland Security, Immigration Office at the American Embassy Beijing; CONDOLEEZA RICE, Secretary of State; JOHN DANIEL MORRIS, Consular Section Chief, American Embassy Beijing,<br><br>  Defendants. | No. C-05-3012-MJJ<br><br>**STIPULATION TO EXTEND DEADLINE FOR ANSWER** |

Plaintiff, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a second extension of time within which the defendants must serve their answer to the complaint in the above-entitled action in light of the fact that this case may be resolved administratively. The defendants will serve their answer on or before December 27, 2005.

STIPULATION TO EXTEND ANSWER DATE
C 05-3012-MJJ                                                            1

| | |
|---|---|
| Date: November 23, 2005 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: November 23, 2005 | /s/<br>JUSTIN WANG<br>Baughman & Wang<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/2/05

MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Attorney Justin Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND ANSWER DATE
C 05-3012-MJJ                                    2