```
1  JUSTIN X. WANG (CSB #166183)
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5
   Shui Ming XU
```

E-filing

**FILED**
JAN 23 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shui Ming XU | Case No.: **C 05-3012-MJJ** |
| Plaintiff, | |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; | **STIPULATION OF DISMISSAL; ORDER** |
| *Eduardo Aguirre*, Director, U.S. Citizenship and Immigration Services; | |
| *Condoleezza Rice*, Secretary of State; | |
| *John Daniel Morris*, Consular Section Chief, American Embassy Beijing | |
| *Jeanette Chu*, Officer-In-Charge, Department of Homeland Security, Immigration Office at the American Embassy Beijing, | |
| Defendants. | |

Subject to approval of the Court, the parties hereby stipulates as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiff hereby dismisses this action without prejudice.

2. The parties will bear their own fees and costs.

Dated: January 20, 2006                                    Respectfully submitted,

                                                           /s/ Justin X. Wang
                                                           Justin X. Wang, Esq.
                                                           Attorney for Plaintiff

---

Case No.: C 05 3012 MJJ
PLAINTIFF'S ORIGINAL COMPLAINT                F:\NANCY\Mandamus\XU, Shui Ming\STIPULATION OF DISMISSAL.wpd

JAN-19-2006 16:22
Case 3:05-cv-03012-MJJ  Document 9  Filed 01/23/06  Page 2 of 2   P.03
Case 3:05-cv-03012-MJJ  Document 8  Filed 01/20/2006  Page 2 of 2

Dated: January 19, 2006

Edward A. Olsen
Assistant U.S. Attorney
Counsel for Defendants

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

DATED: 1/20/2006

Martin J. Jenkins
United States District Judge

Case No.: C 05 3012 MJJ
PLAINTIFF'S ORIGINAL COMPLAINT

F:\NANCY\Mandamus\XU. Shui Ming\STIPULATION OF DISMISSAL.wpd

TOTAL P.03